**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MURILO SILVA MACIEL & ALBERTINO MACIEL<br>***Plaintiffs***,<br>v.<br>JOHN THOMPSON, et al.<br>***Defendants.*** | **Civil Action No.:**<br>**2:26-cv-08472**<br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs, MURILO SILVA MACIEL and ALBERTINO MACIEL, by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiffs are entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: 09/02/26**

Respectfully Submitted,

Alexandra Minogue

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiffs*

SO ORDERED.

SDWigenton

Hon. Susan D. Wigenton
United States District Judge
Dated: September 3, 2026